ACCEPTED
01-15-00327-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 10:48:05 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00327-CV

In the Court of Appeals
For the First District of Texas at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 10:48:05 AM
CHRISTOPHER A. PRINE
Clerk

### *In re NEXION HEALTH AT BEECHNUT, INC. D/B/A BEECHNUT MANOR,*
*Relator*

Original Proceeding from the
Probate Court No. 1 of Harris County
The Honorable Loyd Wright, Presiding Judge
Cause Number 404,607-401

## RELATOR'S EMERGENCY MOTION TO STAY

TO THE HONORABLE COURT OF APPEALS:

Relator Nexion Health at Beechnut, Inc. d/b/a Beechnut Manor ("Relator") files this Emergency Motion to Stay enforcement of two discovery orders pending the disposition of Relator's Writ of Mandamus, pursuant to Texas Rule of Appellate Procedure 52.10(a), and respectfully shows as follows:

1.     On April 10, 2015, simultaneously with the filing of this Motion, Relator filed its Petition for Writ of Mandamus seeking review of the trial court's order compelling production of documents protected from discovery by Texas' medical peer-review privilege.

880162.1  2014.60

2.     If the Court does not grant this Mandamus, Relator will not have an adequate remedy by ordinary appeal as it will lose the protections afforded Relator by Texas law. Similarly, Relator will not have an adequate remedy at law and the ripeness of this original proceeding will be impacted unless this Court grants this Motion for Emergency Stay and maintains the status quo by staying the production of these privileged documents until such time as this Court has the opportunity to rule on the merits of this original proceeding.

3.     This Court may grant temporary relief pending its determination of an original proceeding. TEX. R. APP. P. 52.10(b). This emergency stay is necessary to maintain the status quo of the parties and preserve the Court's jurisdiction to consider the merits of the original proceeding. *In re Reed*, 901 S.W.2d 604, 609 (Tex. App.—San Antonio 1995, orig. proceeding).

4.     Mandamus relief is appropriate to protect confidential and privileged information from discovery. *In re Living Ctrs. of Tex., Inc*., 175 S.W.3d 253, 256 (Tex. 2005) (orig. proceeding); *Mem'l Hosp.-The Woodlands v. McCown*, 927 S.W.2d 1, 12 (Tex. 1996). An appellate court cannot cure the error when a trial court erroneously orders disclosure of privileged information that affects the rights of the aggrieved party. *In re Osteopathic Med. Ctr. of Tex*., 16 S.W.3d 881, 883 (Tex. App.—Fort Worth 2000, orig. proceeding).

5.    Relator is confident that this Court will vacate the discovery orders at issue and rule that the documents are privileged and not subject to production. However, before this Court rules, the orders at issue are live and outstanding. Therefore, Relator requests this Emergency Stay and asks that this Court stay the production of the documents identified in Respondent's January 20, 2015 and April 6, 2015 orders until such time as this Court can rule on the original proceeding before it.

## CONCLUSION

Relator respectfully requests that this Court grant this emergency stay until the resolution of this original proceeding, and in doing so stay the production of the documents identified in Respondent's January 20, 2015 and April 6, 2015 orders. The issue at stake in this original proceeding is an important issue for this Court to resolve for this District given that it appears that Respondent's orders directly contradict Texas law.   Furthermore, Relator's rights cannot be protected by ordinary appeal if the documents at issue are produced in accordance with the January 20, 2015 and April 6, 2015 orders. Thus, in order to preserve the jurisdiction of this Court and maintain the status quo until it can rule, Relator requests that this Court grant this emergency stay.

880162.1  2014.60

Respectfully submitted,

 /s/ Weston M. Davis
**Gregory N. Ziegler**
Texas Bar No. 00791985
GZiegler@macdonalddevin.com
**Jason A. Burris**
Texas Bar No. 24049591
JBurris@macdonalddevin.com
**Weston M. Davis**
Texas Bar No. 24065126
WDavis@macdonalddevin.com

**MACDONALD DEVIN, PC**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
214.744.3300 telephone
214.747.0942 facsimile
**Attorneys for Relators**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record, pursuant to Texas Rules of Civil Procedure on this 10th day of April, 2015.

 /s/ Weston M. Davis
**Weston M. Davis**

880162.1  2014.60

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10, I hereby certify that counsel for Relator conferred with counsel for Real Party in Interest regarding an agreed stay of discovery of the privileged material at issue in this proceeding. Counsel for Real Party in Interest did not agree to stay discovery of those materials.

/s/ Weston M. Davis
**Weston M. Davis**

880162.1  2014.60